UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KM TACTICAL, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No. |

## PLAINTIFF KM TACTICAL, LLC'S COMPLAINT

Plaintiff KM Tactical, LLC ("KM Tactical"), by and through its undersigned counsel, and for its Complaint against Defendant Berkshire Hathaway Specialty Insurance Company ("BHSI"), states and alleges as follows:

## INTRODUCTION AND GENERAL ALLEGATIONS

1. This is an insurance coverage dispute concerning BHSI's duty to defend Missouri policyholder KM Tactical in connection with the cases captioned *People of the State of New York v. KM Tactical, LLC, et al.,* Case No. 1:22-cv-06124-JMF, currently pending in the U.S. District Court for the Southern District of New York (the "New York Lawsuit"); *The City of Buffalo v. KM Tactical, LLC, et al.,* Case No. 1:23-cv-00066-FPG, currently pending in the U.S. District Court for the Western District of New York (the "Buffalo Lawsuit"); and *The City of Rochester v. KM Tactical, LLC, et al.*, Case No. 6:23-cv06061-FPG, currently pending in the Western District of New York (the "Rochester Lawsuit") (collectively, the "Underlying Lawsuits"). A copy of the operative Complaints in the Underlying Lawsuits are attached hereto as **Exhibits A, B,** and **C**, respectively.

2. BHSI issued to KM Tactical a commercial general liability policy, no. 47-CHP-000649-01, effective September 6, 2022 to September 6, 2023 (the "Policy"). A copy of the Policy is attached hereto as **Exhibit D.**

3. KM Tactical tendered the Underlying Lawsuits to BHSI for defense and indemnity (the "Claim"), but BHSI wrongfully denied any duty to defend or indemnify KM Tactical via an April 6, 2023 declination letter (BHSI's "Denial Letter"). A copy of BHSI's Denial Letter is attached hereto as **Exhibit E.**

4. Through this coverage action, KM Tactical seeks breach of contract damages against BHSI and a declaratory judgment that BHSI must defend KM Tactical in connection with the Underlying Lawsuits. KM Tactical also seeks attorney fees and damages pursuant to Missouri Revised Statutes Sections 375.296 and 375.420.

## PARTIES, JURISDICTION, AND VENUE

5. KM Tactical is a limited liability company organized and existing under the laws of Missouri, with its single member domiciled in Missouri. Thus, KM Tactical is domiciled in Missouri.

6. Upon information and belief, BHSI is a Nebraska corporation with a principal place of business in Omaha, Nebraska. Thus, BHSI is domiciled in Nebraska.

7. BHSI is authorized to conduct insurance business in Missouri by the Missouri Insurance Department.

8. BHSI is subject to personal jurisdiction in this District, and subject to the Court's specific and general jurisdiction, pursuant to due process, on the grounds that it consents to the Court's jurisdiction, conducts business with a Missouri company, regularly conducts or solicits business in the State of Missouri, engages in other persistent courses of conduct in the state of

Missouri, and/or derives substantial revenue from the sale of goods and services to persons in the state of Missouri.

9. The United States District Court for the Western District of Missouri maintains jurisdiction of the subject matter of this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds $75,000 exclusive of interests and costs, and the action is between citizens of different states.

10. The United States District Court for the Western District of Missouri also maintains jurisdiction of the subject matter of this action pursuant to 28 U.S.C. § 2201(a) because this action seeks the judicial declaration of rights, statuses, and legal relationship of and among the parties with regard to contracts of insurance and because an action, case, or controversy of a justiciable nature exists among the parties.

11. Venue is proper in the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this dispute occurred in said judicial district.

## COUNT I: BREACH OF CONTRACT

12. KM Tactical realleges and incorporates by reference all previous allegations as though fully set forth herein.

13. BHSI is obligated to pay for KM Tactical's defense in the Underlying Lawsuits under the terms of the Policy.

14. BHSI has refused to accept its legal obligation to pay for the defense of the Underlying Lawsuits.

15. In doing so, BHSI has materially breached its duties and obligations under the Policy.

16. As a direct and proximate result of BHSI's misconduct, BHSI has deprived KM Tactical of the benefit of insurance coverage for which substantial premiums were paid and has thus damaged KM Tactical.

## COUNT II:
## DECLARATORY JUDGMENT

17. KM Tactical realleges and incorporates by reference all previous allegations as though fully set forth herein.

18. A controversy has arisen between KM Tactical and BHSI as to their respective rights and duties under the Policy.

19. KM Tactical seeks a judicial determination that BHSI has a duty to defend KM Tactical under the terms and provisions of the Policy and applicable law.

## COUNT III:
## VEXATIOUS REFUSAL TO PAY

20. KM Tactical realleges and incorporates by reference all previous allegations as though fully set forth herein.

21. BHSI has refused to defend KM Tactical without reasonable cause or excuse and has instead acted to protect its own financial interests in disregard of the interests of its insured.

22. BHSI owes KM Tactical a duty of good faith and fair dealing and has breached this duty, including but not limited to engaging in the following acts:

(a) Unreasonably failing or refusing to accept coverage for the Underlying Lawsuits;

(b) Denying coverage for the Underlying Lawsuits without a reasonable basis, refusing to accord any reasonable interpretation to the provisions in the Policy, and refusing to accord any reasonable application of such provisions to the Underlying Lawsuits;

(c) Failing or refusing to defend the Underlying Lawsuits without conducting a reasonable investigation;

(d) Failing to consider all relevant information in their possession to establish coverage for the Underlying Lawsuits;

(e) Failing to provide an adequate ground for denial of coverage for the Underlying Lawsuits;

(f) Failing to acknowledge and act reasonably promptly with respect to the Claim;

(g) Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue;

(h) Failing to provide promptly a reasonable explanation of the basis in the Policy in relation to the facts or applicable law for denial of the Claim; and

(j) Engaging in other "improper or unfair claims settlement practices" prohibited by RSMo. §§ 375.1000 to 375.1018 and as further detailed by the Missouri Department of Insurance in 20 CSR 100.010 et seq.

23. Pursuant to Missouri Revised Statutes Sections 375.296 and 375.420, this Court has the statutory authority to impose additional damages and award attorneys' fees to KM Tactical as a result of BHSI's wrongful conduct, including but not limited to as described above.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff KM Tactical, LLC demands judgment in its favor and against Defendant BHSI as follows:

(a) A declaratory judgment that BHSI has an obligation to defend KM Tactical in connection with the Underlying Lawsuits and has breached that duty;

(b) Actual damages in an amount that is fair and reasonable;

(c) Pre-judgment and post-judgment interest based upon and added to the damages as allowed by law;

(d) Attorneys' fees and costs associated with this action;

(e) Consequential, special, incidental, statutory, and punitive damages; and

(f) Such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMAND

Plaintiff requests a jury trial on all issues so triable by jury.

Dated: November 30, 2023

LATHROP GPM LLP

By: /s/ Alexander T. Brown
Alexander T. Brown – MO #66637
Caitlin M. Albaugh – MO #75458
alexander.brown@lathropgpm.com
caitlin.albaugh@lathropgpm.com
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Telephone: 816.292.2000
Facsimile: 816.292.2001

Shoshanah M. Shanes – MO #73010
shoshanah.shanes@lathropgpm.com
7701 Forsyth Boulevard, Suite 500
Clayton, Missouri 63105
Telephone: 314.613.2800
Facsimile: 314.613.2801

ATTORNEY FOR PLAINTIFF KM TACTICAL, LLC